No. 12–880. DINH TAN HO v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 12–883. EJS PROPERTIES, LLC v. CITY OF TOLEDO, OHIO, ET AL. C. A. 6th Cir. Certiorari denied.

No. 12–887. LYNN v. LYNN. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 12–891. SCHAFLER v. FIELD ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–897. BENTON v. CORY ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–899. GIRALDO ET AL. v. DRUMMOND CO. INC. ET AL. C. A. D. C. Cir. Certiorari denied.

No. 12–900. HAMPTON v. METHODIST HEALTHCARE SYSTEM OF SAN ANTONIO, LTD., L. L. P., ET AL. C. A. 5th Cir. Certiorari denied.

No. 12–902. JALLALI v. NOVA SOUTHEASTERN UNIVERSITY, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–904. SORIANO v. NESHOBA COUNTY GENERAL HOSPITAL BOARD OF TRUSTEES ET AL. C. A. 5th Cir. Certiorari denied.

No. 12–905. RINGGOLD ET AL. v. BROWN, GOVERNOR OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–938. CHRISTIDES v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY. C. A. 11th Cir. Certiorari denied.

No. 12–942. MENASHA CORP. v. MOORE ET AL. C. A. 6th Cir. Certiorari denied.

No. 12–982. TREASURER, TRUSTEES OF DRURY INDUSTRIES, INC. HEALTH CARE PLAN AND TRUST v. GODING ET AL. C. A. 8th Cir. Certiorari denied.